DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC D. COLEMAN

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2440
_____

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly Fernandez, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.